UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KATINA TAGERT WHITE                                          PLAINTIFF

V.                                CIVIL ACTION NO. 3:25-CV-649-KHJ-MTP

COMMISSIONER OF SOCIAL                                       DEFENDANT
SECURITY

ORDER

Before the Court is Magistrate Judge Michael T. Parker's [5] Report and Recommendation. The Court adopts it. The Court thus denies Plaintiff Katina Tagert White's ("White") [2] Motion for Leave to Proceed *in forma pauperis*.

The [5] Report concludes that given her financial status, White "should be able to pay the filing fee in order to commence this action without undue hardship if given a reasonable amount of time to tender the requisite amount." [5] at 3. Accordingly, the [5] Report recommends (1) denying White *in forma pauperis* status, (2) giving her 60 days to pay all costs associated with the filing of this lawsuit, and (3) dismissing this action without prejudice and without further notice if she fails to timely pay those costs. *Id.*

When no party objects to a magistrate judge's report, the Court need not review it de novo. *See* 28 U.S.C. § 636(b)(1). Instead, the Court can apply the clearly erroneous, abuse-of-discretion, and contrary-to-law standards of review. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The [5] Report notified White that failure to file written objections within 14 days would bar further appeal in accordance with 28 U.S.C. § 636. [5] at 3. White did not object to the [5] Report, and the time to do so has passed. The Court finds that the [5] Report is not clearly erroneous, an abuse of discretion, or contrary to law. So the Court adopts the [5] Report as the opinion of this Court.

For the reasons state above, the Court ADOPTS the [5] Report, DENIES White's [2] Motion, and ORDERS White to pay the filing fee within 60 days of the entry of this Order. White may pay the filing fee to the Clerk of Court, United States District Court, 501 East Court Street, Suite 2.500, Jackson, Mississippi 39201. White must specify that the payment is for the filing fee in this case, No. 3:25-CV-649-KHJ-MTP. The Court may dismiss the case without further notice if the Clerk of Court does not receive the filing fee within 60 days.

SO ORDERED, this 23rd day of September, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE