UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KATINA TAGERT WHITE                                                    PLAINTIFF

V.                                          CIVIL ACTION NO. 3:25-CV-649-KHJ-MTP

COMMISSIONER OF SOCIAL                                                 DEFENDANT
SECURITY

ORDER

Before the Court is Magistrate Judge Michael T. Parker's [18] Report and

Recommendation. R. & R. [18]. The [18] Report recommends reversing the

Commissioner of Social Security Administration's final decision and remanding the

case. *Id.* at 1.

In January 2022, plaintiff Katina Tagert White ("White") applied for

disability insurance benefits. Admin. R. [10] at 206–14. The agency denied her

application, so an Administrative Law Judge ("ALJ") conducted two hearings in

2024 and found that White was not disabled. *Id.* at 19–34. White appealed the ALJ's

decision, but the Appeals Council denied her request for review. *Id.* at 6. Thus, the

ALJ's decision became the Commissioner's final decision. Now, White seeks judicial

review in this Court under 42 U.S.C. § 405(g). *See* [1].

The [18] Report finds that the ALJ's analysis of White's medical records

contains factual inaccuracies about White's range of motion in her lumbar spine.

[18] at 13. The ALJ relied on those factual errors, and the correct information could

have impacted the ALJ's decision. *Id.* at 15. *Id.* So the [18] Report recommends

reversing the Commissioner's final decision and remanding the action to the Commission for further administrative proceedings. *Id.* at 16.

Written objections to the [18] Report were due by May 12, 2026. *See id.* The [18] Report notified the parties that failure to file written objections by that date would bar further appeal in accordance with 28 U.S.C. § 636. *Id.* No party objected to the [18] Report, and the time to do so has passed.

The Court must review de novo a magistrate judge's report only when a party objects to the report within 14 days after being served with a copy. 28 U.S.C. § 636(b)(1). When no party timely objects to the report, the Court applies "the 'clearly erroneous, abuse of discretion and contrary to law' standard of review." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).

Finding the [18] Report neither clearly erroneous, contrary to law, nor an abuse of discretion, the Court adopts the [18] Report, reverses the Commissioner's final decision, and remands this action to the Commissioner for further administrative proceedings consistent with this order and the [18] Report. In doing so, the Court has considered all arguments raised. Those arguments not addressed would not have altered the Court's decision.

SO ORDERED, this 18th day of May, 2026.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE

2